# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan M.A., | No. CV-26-01842-PHX-SHD (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher McGregor, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention because he has been granted Special Immigrant Juvenile Status with Deferred Action and he was entitled to a pre-deprivation hearing before being redetained.[1]  (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 6.)  Respondents' response stated

Respondents do not oppose the release of the Petitioner.  (Doc. 10.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his due process claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his due process claim.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

---

[1] The Petition was filed under seal, the unredacted version of the Petition is filed at Doc. 9.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 30th day of March, 2026.

Honorable Sharad H. Desai
United States District Judge